# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **BRYAN KIRKLAND,** | * |
| | * |
| **PLAINTIFF,** | * |
| | * |
| **v.** | * |
| | * Case No. 2:22-CV-00862-MHH |
| **SHANKAMNYLA LLC,** | * |
| | * |
| **DEFENDANT.** | * |
| | * |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to dismissal of this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, costs taxed as paid.

Respectfully submitted this 13th day of June, 2023.

                                                  __/s/ *Julie McCollister*_____
                                                Counsel for Plaintiff
                                                Julie McCollister

McCollister Law, LLC
P.O. Box 2525
Blairsville, GA 30514
709-745-0057
jbmccollister@gmail.com

                                                __/s/ *Leroy Maxwell, Jr.*_____
                                                Counsel for Defendant

Maxwell & Tillman
2326 2nd Avenue North
Birmingham, AL 35203

Phone: (205) 216-3304
maxwell@mxlawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2023, I electronically filed the foregoing with the Clerk of District Court, Northern District of Alabama via the Court Clerk's CM/ECF system, resulting in a true and correct copy of the same to be delivered to the following:

Leroy Maxwell, Jr.
Maxwell & Tillman
2326 2nd Avenue North
Birmingham, AL 35203
Phone: (205) 216-3304
maxwell@mxlawfirm.com

/s/ Julie McCollister
Julie McCollister